# EXHIBIT F

**From:** Jason Cole
**Sent:** Wednesday, June 03, 2015 9:39 AM
**To:** Karen Avery
**Subject:** RE: Email

I deleted both of them. When I read the first line I stopped reading it!

Sent from my Verizon Wireless 4G LTE smartphone


-------- Original message --------
From: Karen Avery <karen.avery@pfhq.com>
Date: 06/03/2015 8:03 AM (GMT-05:00)
To: Jason Cole <jason.cole@pfhq.com>
Subject: Email

Hi Jason,

Would you please completely delete the email that was sent to you mistakenly? Make sure it is out of your mailbox system entirely?

The communication was confidential, we appreciate all you can do to ensure it remains so. Thanks much.