# EXHIBIT G

**Elaine Goodwin Baker**   Actions ▼



**Elaine Goodwin Baker**  Apr 24th, 4:57pm

One of your employees, Jason Cole, from Lebanon, Maine, runs a Facebook Page called Lebanon Maine Fire and Rescue - Jokes of York County and there are posting on that page that are just downright hateful and mocking of some very good people. I suspect he does some of that posting from his workplace. I cannot imagine that Planet Fitness would employ such a person. Do you do background checks? Check the information on the internet regarding his legal doings regarding his employment for the City of Rochester, NH. Google City of Rochester, NH vs Jason Cole. Jason Cole has done lots of damage telling lies and half-truths regarding the fire and rescue departments here in Lebanon, Maine. He has tried to create fear for some of our citizens. Read down through the posts on the Jokes page and you will understand what I am trying to tell you. Thank you for giving me the chance to talk to you.   Elaine Baker