IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

_____
                                    )
PLA-FIT FRANCHISE LLC,              )
                                    )
        Plaintiff,                  )
                                    )   Civil Action No. 2:15-cv-00315-NT
        v.                          )
                                    )
JASON COLE,                         )
                                    )
        Defendant.                  )
_____)

**STIPULATION OF DISMISSAL**

The parties hereby stipulate to dismissal of this action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice but without costs to either party.

November 10, 2015

/s/ Rebecca J. Sivitz_____        /s/ Paul Aranson_____
Mark W. Batten (MA BBO # 566211)              Paul Aranson (Maine BBO #33)
Rebecca Sivitz (MABBO #684347)                Attorney for Defendant
Proskauer Rose LLP                            238 Western Avenue
One International Place                       South Portland, ME 04106
Boston, MA  02110                             (207) 887-3539
(617) 526-9600                                housolaw@gmail.com
mbatten@proskauer.com                         Counsel for Defendant Jason Cole
rsivitz@proskauer.com
Counsel for Plaintiff Pla-Fit Franchise, LLC


/s/ Adrianne E. Fouts_____
Adrianne E. Fouts (Maine BBO # 004239)
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101-2480
(207) 772-1941
afouts@dwmlaw.com
Counsel for Plaintiff Pla-Fit Franchise, LLC

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2015, I electronically filed the above Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Adrianne E. Fouts
Adrianne E. Fouts

Drummond Woodsum & MacMahon
84 Marginal Way, Suite 600
Portland, Maine 04101-2480
(207)772-1941
afouts@dwmlaw.com