# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

PLA-FIT FRANCHISE LLC,

    *Plaintiff,*

v.

JASON COLE,

    *Defendant.*

Civil Action No. 2:15-cv-00315-NT

## MOTION TO ENTER AN ORDER OF DISMISSAL

Plaintiff respectfully requests that this Court enter a signed Order of Dismissal in the above-captioned matter. Plaintiff states the following in support of this request:

1. On November 10, 2015, the parties filed a Stipulation of Dismissal, thereby effectively terminating the case.

2. In the course of the litigation, Plaintiff, through A. A. Dority Company, posted a $200,000 Temporary Restraining Order Bond.

3. In order to cancel the bond, A. A. Dority Company requires proof of dismissal signed by the Court.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that this Court enter an Order of Dismissal. A proposed Order of Dismissal is attached hereto as Exhibit A.

Dated: September 21, 2016

    */s/ Rebecca J. Sivitz*
    Mark W. Batten (MA BBO #566211)
    Rebecca Sivitz (MA BBO #684347)
    Proskauer Rose LPP

    One International Place
    Boston, MA 02110
    (617) 526-9600
    mbatten@proskauer.com
    rsivitz@proskauer.com
    Counsel for Plaintiff Pla-Fit Franchise, LLC

／s/ Adrianne E. Fouts
Adrianne E. Fouts (Maine BBO #004239)
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101-2480
(207) 772-1941
afouts@dwmlaw.com
Counsel for Plaintiff Pla-Fit Franchise, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2015, I electronically filed the above Motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

／s/Adrianne E. Fouts
Adrianne E. Fouts